TIMOTHY MAHONEY, Respondent, *v.* GEORGE BERNHARD et al., Defendants, and HENRY W. SCHMIDT et al., as Executors of HENRY CLAUSEN, JR., Deceased, et al., Appellants, and EDWARD H. HOBBS et al., as Receivers of the MURRAY HILL BANK, Respondents.

*Mahoney* v. *Bernhard,* 45 App. Div. 449, affirmed.
(Argued December 11, 1901; decided December 31, 1901.)

APPEAL from a final judgment of the Supreme Court, entered May 10, 1900, upon an order of the Appellate Division in the first judicial department, modifying and affirming as modified an interlocutory judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Louis Marshall, Samuel F. Jacobs, Benjamin N. Cardozo, A. J. Simpson* and *Charles K. Beekman* for appellants.

*Henry D. Hotchkiss, William C. Breed* and *Henry H. Abbott* for respondents.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.

---

NORMAN A. TUCKER, Respondent, *v.* BUFFALO RAILWAY COMPANY, Appellant.

*Tucker* v. *Buffalo Ry. Co.,* 53 App. Div. 571, affirmed.
(Argued December 13, 1901; decided December 31, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 3, 1900, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Porter Norton* for appellant.

*Herman Hennig* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ. Absent: PARKER, Ch. J., and GRAY, J.